UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Naheem Escort _____ Defendant(s).
-------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )
21 MAG 5031

Defendant __Naheem Escort__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Naheem Escort__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Neil Kelly__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

May 19, 2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge